No. 2412.—THOMAS P. LEATHERS et al. *v.* JOHN W. CANNON et als.

In a suit for a settlement of partnership accounts, the question as to whether a certain fund is a partnership asset, belongs of right to the merits of the case, and should not be passed upon in an appeal from an order appointing a receiver

APPEAL from the Sixth District Court, parish of Orleans. *Cooley,* J. T. S. *McKay* and *Race, Foster & E. T. Merrick,* for plaintiffs and appellees. *h. & H. Marr,* for defendants and appellants.

HOWE, J.   This is an appeal from an order granted upon the application of plaintiffs for the appointment of a receiver of certain funds in the hands of Kennett & Bell, codefendants with Cannon, alleged to be assets of a partnership which had existed between plaintiffs and Cannon in the business of owning and running a steamboat.

The answer of Kennett & Bell admits a balance in their hands of $4890 94 to the credit of the owners of the boat, and the plaintiffs claim that this is a partnership asset.   The defendant Cannon admits that there was a partnership in running the boat, though he contends that the funds in the hands of Kennett & Bell, derived from the insurance on the boat after her loss, and the sale of certain property of the boat, belong exclusively to him.   He prays in his answer for a liquidation and settlement of accounts between the parties.

The right of the court to appoint a receiver is not contested.   The sole ground urged by appellants, as we understand them, is that the fund is not a partnership asset.   But we think this question would be more properly determined on a trial of the merits.   Conceding the right of the court to appoint a receiver under the case presented by the plaintiffs' petition, and this is not disputed, we think the record shows a state of facts justifying the order appealed from.

Judgment affirmed.

Rehearing refused.